| | CIVIL MINUTES - GENERAL | | JS - 6 |
|---|---|---|---|
| Case No. | CV 16-7874 PSG (KSx) | Date | June 20, 2017 |
| Title | Nguyen v. Los Angeles County Office of Education *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** *Nunc Pro Tunc* Order CORRECTING the Court's June 15, 2017 Order, REMANDING Case to State Court, and CLOSING the Federal Case

  On June 14, 2017, the parties filed a joint stipulation requesting that the Court remand this action to state court. Dkt. # 29. The next day, on June 15, 2017, the Court adopted the parties' proposed Order. Dkt. # 30. Although the Court believed that signing the proposed Order would remand the case to state court, the Court now recognizes that the Order contained some ambiguity as to the proper procedure for the parties to remand this case to state court.

  To clarify, the Court amends the June 15, 2017 Order *nunc pro tunc* by striking paragraphs two and three of the Order. This matter is remanded to state court with Plaintiff to bear the costs and expenses incurred in connection with the removal and remand of the action, up to a maximum of $500, and the federal case is now closed.

  **IT IS SO ORDERED**.

AB for WH